UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:08-cr-185-J-20MCR

LASHAWNDRA DENIS BROWN
_____/

## ORDER

This matter is before this Court on Defendant Brown's letter which is construed as Motion for Early Termination of Supervised Release (Dkt. 78). After a review of Defendant's motion, and after being otherwise fully informed, this Court determines the motion should be granted.

Accordingly, it is **ORDERED**:

1. Defendant Brown's letter which is construed as Motion for Early Termination of Supervised Release (Dkt. 78) is **GRANTED**; and

2. Defendant Brown's supervised release is terminated as of the day of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 20 day of November, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Lashawndra Denise Brown, Pro Se
U.S. Attorney's Office
U.S. Probation Office
    Attn. Steve Watson

FILED 2014 NOV 21 PM 4:13 JACKSONVILLE, FLORIDA